

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rodney H. Tucker<br><br><br>Plaintiff,<br>V.<br><br>Joel Johnson<br><br><br><br>Defendant. | Civil Action No.  25-cv-2229-AGS-KSC<br><br><br><br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court gave plaintiff Tucker until "November 3, 2025," to file an amended complaint. (ECF 3 , at 3.) In that same order, Tucker was warned that if he "fail[ed] to timely amend, the Court w[ould] enter a final Order dismissing this civil action." (Id.) Since then, he has not filed anything with the court. So, this case is dismissed without prejudice.The case is hereby closed.

Date:   1/7/26

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M. Fujita

M. Fujita, Deputy